**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MCCAMMOND, ROBERT A. | § | Case No. 10-15165 |
| MCCAMMOND, CRYSTAL D. | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/06/2010 . The undersigned trustee was appointed on 04/07/2010 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 200,000.00

Funds were disbursed in the following amounts:

| | | |
|---|---|---|
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 70,140.76 |
| Bank service fees | | 0.00 |
| Other payments to creditors | | 66,666.67 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 15,000.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 48,192.57 |

The remaining funds are available for distribution.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/28/2011 and the deadline for filing governmental claims was 01/28/2011 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 11,831.12 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 11,831.12 , for a total compensation of $ 11,831.12 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 108.60 , for total expenses of $ 108.60 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/01/2012 By:/s/BRADLEY J. WALLER
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit A

Case No: 10-15165 BB Judge: BRUCE W. BLACK
Case Name: MCCAMMOND, ROBERT A.
MCCAMMOND, CRYSTAL D.
For Period Ending: 08/01/12

Trustee Name: BRADLEY J. WALLER
Date Filed (f) or Converted (c): 04/06/10 (f)
341(a) Meeting Date: 05/27/10
Claims Bar Date: 01/28/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home 2002 Alpine Way, Plainfield, | 225,000.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2. Checking Account Harris Bank | 500.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: Flatbed Trailer SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED | | | | | |
| 3. Savings Account Bank of Shorewood | 500.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: Flatbed Trailer SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED | | | | | |
| 4. TV & Furniture | 500.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: Flatbed Trailer SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED | | | | | |
| 5. Normal Apparel | 600.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: Flatbed Trailer SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED | | | | | |
| 6. 1 rifle, 2 handguns | 500.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: Flatbed Trailer SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED | | | | | |
| 7. Life Insurance Policies Term Death Benefit Only | 0.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: Flatbed Trailer SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED | | | | | |
| 8. ERISA Qualified Annuities | 83,000.00 | 0.00 | DA | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit A

Case No: 10-15165 BB Judge: BRUCE W. BLACK
Case Name: MCCAMMOND, ROBERT A.
MCCAMMOND, CRYSTAL D.

Trustee Name: BRADLEY J. WALLER
Date Filed (f) or Converted (c): 04/06/10 (f)
341(a) Meeting Date: 05/27/10
Claims Bar Date: 01/28/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: Flatbed Trailer SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED | | | | | |
| 9. ERISA Qualified Annuities | 24,000.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: Flatbed Trailer SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED | | | | | |
| 10. 2009 Tax Refund Expected | 4,000.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: Flatbed Trailer SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED | | | | | |
| 11. Workers Comp Claim Atty David Kaplan, No third p | 0.00 | 0.00 | | 200,000.00 | 0.00 |
| Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: Flatbed Trailer SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED | | | | | |
| 12. Potential 3rd party claim from original worker's | 15,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: Flatbed Trailer SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED | | | | | |
| 13. 1997 Harley Davidson Dyna Wideglide | 8,120.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: Flatbed Trailer SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED | | | | | |
| 14. 2001 Oldsmobile Bravada | 3,125.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: Flatbed Trailer SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit A

Case No: 10-15165 BB Judge: BRUCE W. BLACK
Case Name: MCCAMMOND, ROBERT A.
MCCAMMOND, CRYSTAL D.

Trustee Name: BRADLEY J. WALLER
Date Filed (f) or Converted (c): 04/06/10 (f)
341(a) Meeting Date: 05/27/10
Claims Bar Date: 01/28/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15. 2005 Chrysler 300 Carmax<br>Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: Flatbed Trailer SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED | 7,265.00 | 0.00 | DA | 0.00 | FA |
| 16. Flatbed Trailer<br>Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: Flatbed Trailer SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED | 400.00 | 0.00 | DA | 0.00 | FA |
| 17. Snowmobile Trailer<br>Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: Flatbed Trailer SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED | 500.00 | 0.00 | DA | 0.00 | FA |
| 18. Snowmobile Harris Bank<br>Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: Flatbed Trailer SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED | 2,880.00 | 0.00 | DA | 0.00 | FA |
| 19. 4 dogs, 1 rabbit<br>Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: Flatbed Trailer SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED | 100.00 | Unknown | DA | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $375,990.00 | $0.00 | | $200,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit A

Case No: 10-15165 BB Judge: BRUCE W. BLACK
Case Name: MCCAMMOND, ROBERT A.
MCCAMMOND, CRYSTAL D.

Trustee Name: BRADLEY J. WALLER
Date Filed (f) or Converted (c): 04/06/10 (f)
341(a) Meeting Date: 05/27/10
Claims Bar Date: 01/28/11

Initial Projected Date of Final Report (TFR): 12/31/11 Current Projected Date of Final Report (TFR): 12/31/12

FORM 2

Page: 1

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-15165 -BB
Case Name: MCCAMMOND, ROBERT A.
MCCAMMOND, CRYSTAL D.
Taxpayer ID No: *******9634
For Period Ending: 08/01/12

Trustee Name: BRADLEY J. WALLER
Bank Name: Congressional Bank
Account Number / CD #: *******6955 Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/11/12 | 12 | QBE Insurance Corporation<br>Wall Street Plaza<br>88 Pine Street<br>New York, NY 10005 | | 1142-000 | 200,000.00 | | 200,000.00 |
| 05/21/12 | 000101 | Daniel H. Streckert<br>Goldberg Weisman Cairo<br>One East Wacker Drive, 38th Floor<br>Chicago, IL 60601-9654 | Fees - Personal Injury case | 3210-000 | | 66,666.66 | 133,333.34 |
| 05/21/12 | 000102 | Daniel H. Streckert<br>Goldman Weisman Cairo<br>One East Wacker Drive, 38th Floor<br>Chicago, IL 60601-9654 | Costs - Personal Injury case | 3220-000 | | 3,474.10 | 129,859.24 |
| 05/21/12 | 000103 | Robert A. McCammond<br>Crystal D. McCammond<br>2002 Alpine Way<br>Plainfield, IL 60586 | Exemption | 8100-000 | | 15,000.00 | 114,859.24 |
| 05/21/12 | 000104 | Zurich American Insurance<br>c/o Roddy, Leahy Guill & Zima<br>303 W. Madison Street, Suite 1500<br>Chicago, IL 60606 | File #2240163518 | 4210-000 | | 66,666.67 | 48,192.57 |

Page Subtotals 200,000.00 151,807.43

**FORM 2**



Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-15165 -BB
Case Name: MCCAMMOND, ROBERT A.
MCCAMMOND, CRYSTAL D.
Taxpayer ID No: *******9634
For Period Ending: 08/01/12

Trustee Name: BRADLEY J. WALLER
Bank Name: Congressional Bank
Account Number / CD #: *******6955 Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | COLUMN TOTALS | | 200,000.00 | 151,807.43 | 48,192.57 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 200,000.00 | 151,807.43 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | Net | | 200,000.00 | 136,807.43 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********6955 | 200,000.00 | 136,807.43 | 48,192.57 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 200,000.00 | 136,807.43 | 48,192.57 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

*

ANALYSIS OF CLAIMS REGISTER

Date: August 01, 2012

Case Number: 10-15165
Debtor Name: MCCAMMOND, ROBERT A.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 999<br>8200-00 | ROBERT A. MCCAMMOND<br>2002 ALPINE WAY<br>PLAINFIELD, IL 60586 | Unsecured | | $13,377.68 | $0.00 | $13,377.68 |
| 000001<br>070<br>7100-00 | American Infosource Lp As Agent for Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | | $1,124.77 | $0.00 | $1,124.77 |
| 000002<br>070<br>7100-00 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $1,327.98 | $0.00 | $1,327.98 |
| 000003<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $9,563.69 | $0.00 | $9,563.69 |
| 000004<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $1,796.97 | $0.00 | $1,796.97 |
| 000005<br>070<br>7100-00 | US Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | Unsecured | | $7,514.03 | $0.00 | $7,514.03 |
| 000006<br>070<br>7100-00 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $701.00 | $0.00 | $701.00 |
| 000007<br>070<br>7100-00 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $626.28 | $0.00 | $626.28 |
| | Case Totals: | | | $36,032.40 | $0.00 | $36,032.40 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-15165
Case Name: MCCAMMOND, ROBERT A.
MCCAMMOND, CRYSTAL D.
Trustee Name: BRADLEY J. WALLER

Balance on hand $ 48,192.57

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRADLEY J. WALLER | $ 11,831.12 | $ 0.00 | $ 11,831.12 |
| Trustee Expenses: BRADLEY J. WALLER | $ 108.60 | $ 0.00 | $ 108.60 |

Total to be paid for chapter 7 administrative expenses $ 11,939.72

Remaining Balance $ 36,252.85

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 22,654.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Infosource Lp As Agent for | $ 1,124.77 | $ 0.00 | $ 1,124.77 |
| 000002 | Discover Bank | $ 1,327.98 | $ 0.00 | $ 1,327.98 |
| 000003 | Chase Bank USA, N.A. | $ 9,563.69 | $ 0.00 | $ 9,563.69 |
| 000004 | Chase Bank USA, N.A. | $ 1,796.97 | $ 0.00 | $ 1,796.97 |
| 000005 | US Bank N.A. | $ 7,514.03 | $ 0.00 | $ 7,514.03 |
| 000006 | GE Money Bank | $ 701.00 | $ 0.00 | $ 701.00 |
| 000007 | Fia Card Services, NA/Bank of America | $ 626.28 | $ 0.00 | $ 626.28 |

Total to be paid to timely general unsecured creditors $ 22,654.72

Remaining Balance $ 13,598.13

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.4 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 220.45 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 13,377.68 .