# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| MCCAMMOND, ROBERT A. | § | Case No. 10-15165 |
| MCCAMMOND, CRYSTAL D. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IL/EASTERN DIVISION
219 S. DEARBORN STREET
CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 08/24/2012 in Courtroom ,

Will County Court Annex
57 N. Ottawa
Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/02/2012                    By: /s/ Bradley J. Waller
                                                            Trustee


*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MCCAMMOND, ROBERT A. | § | Case No. 10-15165 |
| MCCAMMOND, CRYSTAL D. | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 200,000.00 |
| and approved disbursements of | $ | 151,807.43 |
| leaving a balance on hand of[1] | $ | 48,192.57 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRADLEY J. WALLER | $   11,831.12 | $   0.00 | $   11,831.12 |
| Trustee Expenses: BRADLEY J. WALLER | $   108.60 | $   0.00 | $   108.60 |

|   |   |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $   11,939.72 |
| Remaining Balance | $   36,252.85 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 22,654.72  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Infosource Lp As Agent for | $ 1,124.77 | $ 0.00 | $ 1,124.77 |
| 000002 | Discover Bank | $ 1,327.98 | $ 0.00 | $ 1,327.98 |
| 000003 | Chase Bank USA, N.A. | $ 9,563.69 | $ 0.00 | $ 9,563.69 |
| 000004 | Chase Bank USA, N.A. | $ 1,796.97 | $ 0.00 | $ 1,796.97 |
| 000005 | US Bank N.A. | $ 7,514.03 | $ 0.00 | $ 7,514.03 |
| 000006 | GE Money Bank | $ 701.00 | $ 0.00 | $ 701.00 |
| 000007 | Fia Card Services, NA/Bank of America | $ 626.28 | $ 0.00 | $ 626.28 |

Total to be paid to timely general unsecured creditors          $          22,654.72

Remaining Balance          $          13,598.13

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of  0.4 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 220.45 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 13,377.68 .

Prepared By: /s/ Bradley J. Waller _____
Trustee

*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mhenley          Page 1 of 1          Date Rcvd: Oct 29, 2010
Case: 10-15165          Form ID: ntcftfc7          Total Noticed: 24

The following entities were noticed by first class mail on Oct 31, 2010.
```
db/jdb    +Robert A. McCammond,   Crystal D. McCammond,   2002 Alpine Way,  Plainfield, IL 60586-5078
aty       +David M Siegel,   David M. Siegel & Associates,   790 Chaddick Drive,   Wheeling, IL 60090-6005
tr        +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
            Sycamore, IL 60178-3140
15375190  +BACHOMELNS,   450 American St.,   Simi Valley, CA 93065-6285
15375194   CarMax Auto Finance,   PO Box 3174,   Milwaukee, WI 53201-3174
15375195  +Carmax Financial,   225 Chastain Meadows Court,   Kennesaw, GA 30144-5897
15375203  +Harris Bank,   PO Box 851001,   Dallas, TX 75285-1001
15375204  +Harris Bank NA,   PO Box 6201,   Carol Stream, IL 60197-6201
15375205  +Harrisbk,   111 W Monroe St,   Chicago, IL 60603-4095
15375208  ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
            (address filed with court: US Bank,   PO Box 790408,   Saint Louis, MO 63179)
15375207  +US Bank,   CB Disputes,   PO Box 108,   Saint Louis, MO 63166-0108
```

The following entities were noticed by electronic transmission on Oct 29, 2010.
```
15375191  +EDI: CAPITALONE.COM Oct 29 2010 20:33:00     Cap One,   Po Box 85015,   Richmond, VA 23285-5015
15375192  +EDI: CAPITALONE.COM Oct 29 2010 20:33:00     Capital One,   PO Box 30285,
            Salt Lake City, UT 84130-0285
15375193  +EDI: RMSC.COM Oct 29 2010 20:33:00     Care Credit,   GE Money,   PO Box 960061,
            Orlando, FL 32896-0061
15375196   EDI: CHASE.COM Oct 29 2010 20:33:00     Chase Bank One,   Cardmember Service,   PO Box 15153,
            Wilmington, DE 19886-5153
15375197  +EDI: CHASE.COM Oct 29 2010 20:33:00     Chasecard,   201 N. Walnut St.,   DE1-1027,
            Wilmington, DE 19801-2920
15375198   EDI: CITICORP.COM Oct 29 2010 20:33:00     Citi,   c/o Citi Corp.,   PO Box 6500,
            Sioux Falls, SD 57117-6500
15375199  +EDI: CITICORP.COM Oct 29 2010 20:33:00     Citibank,   PO Box 6000,   The Lakes, NV 88901-6000
15375200   EDI: DISCOVER.COM Oct 29 2010 20:33:00     Discover Card,   PO Box 15316,   Att: CMS/Prod Develop,
            Wilmington, DE 19850
15375201   EDI: DISCOVER.COM Oct 29 2010 20:33:00     Discover Card,   PO Box 6103,
            Carol Stream, IL 60197-6103
15375202   EDI: BANKAMER.COM Oct 29 2010 20:28:00     FIA CSNA,   4060 Ogletown/Stanton Road,
            DE-5-019-03-07,   Newark, DE 19713
15375206  +EDI: WTRRNBANK.COM Oct 29 2010 20:33:00     Target National Bank,   Mail Stop 2bd,   PO Box 9475,
            Minneapolis, MN 55440-9475
15375209  +EDI: WTRRNBANK.COM Oct 29 2010 20:33:00     Visa Target,   PO Box 59317,
            Minneapolis, MN 55459-0317
15375210   EDI: CITICORP.COM Oct 29 2010 20:33:00     Zales/CBSD,   PO Box 6497,
            Sioux Falls, SD 57117-6497
                                                                              TOTAL: 13
```

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 31, 2010**          **Signature:** _Joseph Speetjens_

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 10-15165-BWB
Robert A. McCammond                                            Chapter 7
Crystal D. McCammond
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1        User: csimmons        Page 1 of 3        Date Rcvd: Aug 03, 2012
                           Form ID: pdf006       Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2012.
```
db/jdb    +Robert A. McCammond,   Crystal D. McCammond,    2002 Alpine Way,   Plainfield, IL 60586-5078
15375190  +BACHOMELNS,    450 American St.,   Simi Valley, CA 93065-6285
15375191  ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
           (address filed with court:  Cap One,   PO Box 85015,   Richmond, VA 23285)
15375192  +Capital One,   PO Box 30285,   Salt Lake City, UT 84130-0285
15375194   CarMax Auto Finance,   PO Box 3174,   Milwaukee, WI 53201-3174
15375196   Chase Bank One,   Cardmember Service,   PO Box 15153,   Wilmington, DE 19886-5153
16418638   Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
15375197  +Chasecard,   201 N. Walnut St.,   DE1-1027,   Wilmington, DE 19801-2920
15375198   Citi,   c/o Citi Corp.,   PO Box 6500,   Sioux Falls, SD 57117-6500
15375199  +Citibank,   PO Box 6000,   The Lakes, NV 89163-0001
15375202   FIA CSNA,   4060 Ogletown/Stanton Road,   DE-5-019-03-07,   Newark, DE 19713
15375203  +Harris Bank,   PO Box 851001,   Dallas, TX 75285-1001
15375204  +Harris Bank NA,   PO Box 6201,   Carol Stream, IL 60197-6201
15375205  +Harrisbk,   111 W Monroe St,   Chicago, IL 60603-4095
15375206  +Target National Bank,   Mail Stop 2bd,   PO Box 9475,   Minneapolis, MN 55440-9475
15375207  ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
           (address filed with court:  US Bank,   CB Disputes,   PO Box 108,   Saint Louis, MO 63116)
15375209  +Visa Target,   PO Box 59317,   Minneapolis, MN 55459-0317
15375210   Zales/CBSD,   PO Box 6497,   Sioux Falls, SD 57117-6497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16365138   E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 04 2012 00:17:51
           American Infosource Lp As Agent for,   Target,   PO Box 248866,   Oklahoma City, OK  73124-8866
15375193  +E-mail/PDF: gecsedi@recoverycorp.com Aug 04 2012 01:59:51   Care Credit,   GE Money,
           PO Box 960061,   Orlando, FL 32896-0061
15375200   E-mail/PDF: mrdiscen@discoverfinancial.com Aug 04 2012 01:59:16     Discover Card,   PO Box 15316,
           Att: CMS/Prod Develop,   Wilmington, DE 19850
16369586   E-mail/PDF: mrdiscen@discoverfinancial.com Aug 04 2012 01:59:16     Discover Bank,
           Dfs Services LLC,   PO Box 3025,   New Albany, OH 43054-3025
15375201  +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 04 2012 02:10:40     Discover Card,   PO Box 6103,
           Carol Stream, IL 60197-6103
16716082   E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 04 2012 01:58:02
           Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
           Oklahoma City, OK  73124-8809
16688656   E-mail/PDF: rmscedi@recoverycorp.com Aug 04 2012 02:11:23   GE Money Bank,
           c/o Recovery Management Systems Corporat,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
                                                                                     TOTAL: 7

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15375208* ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
           (address filed with court:  US Bank,   PO Box 790408,   Saint Louis, MO 63179)
16683113* ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
           (address filed with court:  US Bank N.A.,   P.O. Box 5229,   Cincinnati, OH 45201)
15375195  ##+Carmax Financial,   225 Chastain Meadows Court,   Kennesaw, GA 30144-5897
                                                                    TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: csimmons          Page 2 of 3          Date Rcvd: Aug 03, 2012
                             Form ID: pdf006          Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 05, 2012**                    **Signature:**    _Joseph Speetjens_

District/off: 0752-1              User: csimmons              Page 3 of 3              Date Rcvd: Aug 03, 2012
                                 Form ID: pdf006             Total Noticed: 25

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2012 at the address(es) listed below:
          Bradley J Waller    bjwtrustee@ksbwl.com,  bwaller@ecf.epiqsystems.com
          David M Siegel    on behalf of Debtor Robert McCammond davidsiegellaw@hotmail.com,
           davidmsiegel@hotmail.com;author@proofofpayments.com;johnellmannlaw@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                  TOTAL: 3