UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
  §
MCCAMMOND, ROBERT A. § Case No. 10-15165
MCCAMMOND, CRYSTAL D. §
  §
  §
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                               Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:               Claims Discharged
                                                Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $           (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:     CHAPTER 7 ADMIN. FEES     AND CHARGES     (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER     ADMIN. FEES AND     CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED     CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on              . The case was pending for     months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/BRADLEY J. WALLER_____
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Robert A. McCammond |  |  |  |
| ROBERT A. MCCAMMOND |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | ZURICH AMERICAN INSURANCE |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | | | | | |
| BRADLEY J. WALLER | | | | | |
| STRECKERT, DANIEL H. | | | | | |
| STRECKERT, DANIEL H. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000004 | CHASE BANK USA, N.A. | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000007 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000006 | GE MONEY BANK | | | | | |
| 000005 | US BANK N.A. | | | | | |
| | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| | CHASE BANK USA, N.A. | | | | | |
| | CHASE BANK USA, N.A. | | | | | |
| | DISCOVER BANK | | | | | |
| | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| | GE MONEY BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | US BANK N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

Case 10-15165   Doc 42   Filed 10/23/12   Entered 10/23/12 13:17:06   Desc Main
Document      Page 7 of 13

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-15165 | BB | Judge: BRUCE W. BLACK | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|---|
| Case Name: | MCCAMMOND, ROBERT A. | | | Date Filed (f) or Converted (c): | 04/06/10 (f) |
| | MCCAMMOND, CRYSTAL D. | | | 341(a) Meeting Date: | 05/27/10 |
| For Period Ending: | 10/17/12 | | | Claims Bar Date: | 01/28/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home 2002 Alpine Way, Plainfield, Orig. Asset Memo: Imported from original petition Doc# 1 | 225,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account Harris Bank Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: Flatbed Trailer SCHEDULE    C - PROPERTY CLAIMED    AS EXEMPT    - AMENDED | 500.00 | 0.00 | | 0.00 | FA |
| 3. Savings Account Bank of Shorewood Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: Flatbed Trailer SCHEDULE    C - PROPERTY CLAIMED    AS EXEMPT    - AMENDED | 500.00 | 0.00 | | 0.00 | FA |
| 4. TV & Furniture Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: Flatbed Trailer SCHEDULE    C - PROPERTY CLAIMED    AS EXEMPT    - AMENDED | 500.00 | 0.00 | | 0.00 | FA |
| 5. Normal Apparel Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: Flatbed Trailer SCHEDULE    C - PROPERTY CLAIMED    AS EXEMPT    - AMENDED | 600.00 | 0.00 | | 0.00 | FA |
| 6. 1 rifle, 2 handguns Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: Flatbed Trailer SCHEDULE    C - PROPERTY CLAIMED    AS EXEMPT    - AMENDED | 500.00 | 0.00 | | 0.00 | FA |

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

Ver: 17.00b

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 10-15165 | BB | Judge: BRUCE W. BLACK | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|---|
| Case Name: | MCCAMMOND, ROBERT A. | | | Date Filed (f) or Converted (c): | 04/06/10 (f) |
| | MCCAMMOND, CRYSTAL D. | | | 341(a) Meeting Date: | 05/27/10 |
| | | | | Claims Bar Date: | 01/28/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 7. Life Insurance Policies Term Death Benefit Only  Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: Flatbed Trailer SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED | 0.00 | 0.00 | | 0.00 | FA |
| 8. ERISA Qualified Annuities  Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: Flatbed Trailer SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED | 83,000.00 | 0.00 | | 0.00 | FA |
| 9. ERISA Qualified Annuities  Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: Flatbed Trailer SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED | 24,000.00 | 0.00 | | 0.00 | FA |
| 10. 2009 Tax Refund Expected  Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: Flatbed Trailer SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED | 4,000.00 | 0.00 | | 0.00 | FA |
| 11. Workers Comp Claim Atty David Kaplan, No third p  Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: Flatbed Trailer SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED | 0.00 | 0.00 | | 200,000.00 | 0.00 |
| 12. Potential 3rd party claim from original worker's | 15,000.00 | 0.00 | | 0.00 | FA |

Case 10-15165 Doc 42 Filed 10/23/12 Entered 10/23/12 13:17:06 Desc Main
Document Page 9 of 13

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 3

Exhibit 8

Case No: 10-15165 BB Judge: BRUCE W. BLACK  Trustee Name: BRADLEY J. WALLER
Case Name: MCCAMMOND, ROBERT A.  Date Filed (f) or Converted (c): 04/06/10 (f)
MCCAMMOND, CRYSTAL D.  341(a) Meeting Date: 05/27/10
Claims Bar Date: 01/28/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: Flatbed Trailer SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED | | | | | |
| 13. 1997 Harley Davidson Dyna Wideglide | 8,120.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: Flatbed Trailer SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED | | | | | |
| 14. 2001 Oldsmobile Bravada | 3,125.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: Flatbed Trailer SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED | | | | | |
| 15. 2005 Chrysler 300 Carmax | 7,265.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: Flatbed Trailer SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED | | | | | |
| 16. Flatbed Trailer | 400.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: Flatbed Trailer SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED | | | | | |
| 17. Snowmobile Trailer | 500.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: Flatbed Trailer SCHEDULE C - PROPERTY | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 4
Exhibit 8

| Case No: | 10-15165 BB | Judge: BRUCE W. BLACK | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|
| Case Name: | MCCAMMOND, ROBERT A. | | Date Filed (f) or Converted (c): | 04/06/10 (f) |
| | MCCAMMOND, CRYSTAL D. | | 341(a) Meeting Date: | 05/27/10 |
| | | | Claims Bar Date: | 01/28/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| CLAIMED    AS   EXEMPT    - AMENDED | | | | | |
| 18. Snowmobile Harris Bank<br>Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: Flatbed Trailer SCHEDULE    C  - PROPERTY CLAIMED    AS   EXEMPT    - AMENDED | 2,880.00 | 0.00 | | 0.00 | FA |
| 19. 4 dogs, 1 rabbit<br>Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: Flatbed Trailer SCHEDULE    C  - PROPERTY CLAIMED    AS   EXEMPT    - AMENDED | 100.00 | Unknown | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $375,990.00 | $0.00 | | $200,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/11     Current Projected Date of Final Report (TFR): 12/31/12

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-15165 -BB |
| Case Name: | MCCAMMOND, ROBERT A. |
| | MCCAMMOND, CRYSTAL D. |
| Taxpayer ID No: | *******9634 |
| For Period Ending: | 10/17/12 |

| | |
|---|---|
| Trustee Name: | BRADLEY J. WALLER |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******6955 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/11/12 | 12 | QBE Insurance Corporation<br>Wall Street Plaza<br>88 Pine Street<br>New York, NY 10005 | | 1142-000 | 200,000.00 | | 200,000.00 |
| 05/21/12 | 000101 | Daniel H. Streckert<br>Goldberg Weisman Cairo<br>One East Wacker Drive, 38th Floor<br>Chicago, IL 60601-9654 | Fees - Personal Injury case | 3210-000 | | 66,666.66 | 133,333.34 |
| 05/21/12 | 000102 | Daniel H. Streckert<br>Goldman Weisman Cairo<br>One East Wacker Drive, 38th Floor<br>Chicago, IL 60601-9654 | Costs - Personal Injury case | 3220-000 | | 3,474.10 | 129,859.24 |
| 05/21/12 | 000103 | Robert A. McCammond<br>Crystal D. McCammond<br>2002 Alpine Way<br>Plainfield, IL 60586 | Exemption | 8100-000 | | 15,000.00 | 114,859.24 |
| 05/21/12 | 000104 | Zurich American Insurance<br>c/o Roddy, Leahy Guill & Zima<br>303 W. Madison Street, Suite 1500<br>Chicago, IL 60606 | File #2240163518 | 4210-000 | | 66,666.67 | 48,192.57 |
| 08/24/12 | 000105 | BRADLEY J. WALLER<br>KLEIN STODDARD BUCK WALLER<br>2045 ABERDEEN COURT<br>SYCAMORE, IL 60178 | Chapter 7 Compensation/Fees | 2100-000 | | 11,831.12 | 36,361.45 |
| 08/24/12 | 000106 | BRADLEY J. WALLER<br>KLEIN STODDARD BUCK WALLER<br>2045 ABERDEEN COURT<br>SYCAMORE, IL 60178 | Chapter 7 Expenses | 2200-000 | | 108.60 | 36,252.85 |
| 08/24/12 | 000107 | American Infosource Lp As Agent for | Claim 000001, Payment 100.97353% | | | 1,135.72 | 35,117.13 |

Page Subtotals    200,000.00    164,882.87

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-15165 -BB | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | MCCAMMOND, ROBERT A. | Bank Name: | Congressional Bank |
| | MCCAMMOND, CRYSTAL D. | Account Number / CD #: | *******6955  Checking Account |
| Taxpayer ID No: | *******9634 | | |
| For Period Ending: | 10/17/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/24/12 | 000108 | Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Claim       1,124.77<br>Interest        10.95<br>Claim 000002, Payment 100.97291% | 7100-000<br>7990-000 | | 1,340.90 | 33,776.23 |
| 08/24/12 | 000109 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim       1,327.98<br>Interest        12.92<br>Claim 000003, Payment 100.97306% | 7100-000<br>7990-000 | | 9,656.75 | 24,119.48 |
| | | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | | | | | |
| 08/24/12 | 000110 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim       9,563.69<br>Interest        93.06<br>Claim 000004, Payment 100.97331% | 7100-000<br>7990-000 | | 1,814.46 | 22,305.02 |
| 08/24/12 | 000111 | US Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | Claim       1,796.97<br>Interest        17.49<br>Claim 000005, Payment 100.97311% | 7100-000<br>7990-000 | | 7,587.15 | 14,717.87 |
| 08/24/12 | 000112 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120 | Claim       7,514.03<br>Interest        73.12<br>Claim 000006, Payment 100.97290% | 7100-000<br>7990-000 | | 707.82 | 14,010.05 |

Page Subtotals    0.00    21,107.08

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-15165 -BB | | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|
| Case Name: | MCCAMMOND, ROBERT A. | | Bank Name: | Congressional Bank |
| | MCCAMMOND, CRYSTAL D. | | Account Number / CD #: | *******6955 Checking Account |
| Taxpayer ID No: | *******9634 | | | |
| For Period Ending: | 10/17/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Balance ($) |
|---|---|---|---|---|---|---|---|
| | | Miami FL 33131-1605 | Claim 701.00 | 7100-000 | | | |
| | | | Interest 6.82 | 7990-000 | | | |
| 08/24/12 | 000113 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | Claim 000007, Payment 100.97241% | | | 632.37 | 13,377.68 |
| | | | Claim 626.28 | 7100-000 | | | |
| | | | Interest 6.09 | 7990-000 | | | |
| 08/24/12 | 000114 | ROBERT A. MCCAMMOND 2002 ALPINE WAY PLAINFIELD, IL 60586 | Surplus Funds | 8200-002 | | 13,377.68 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | | 200,000.00 | 200,000.00 | 0.00 |
| | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | Subtotal | | 200,000.00 | 200,000.00 | |
| | Less: Payments to Debtors | | | 28,377.68 | |
| | Net | | 200,000.00 | 171,622.32 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********6955 | 200,000.00 | 171,622.32 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 200,000.00 | 171,622.32 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    0.00         14,010.05

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*